**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

LISA RYAN MURPHY

ADC #760343

PLAINTIFF

V.                      NO: 5:10CV00061 SWW

SALIS *et al.*                                                       DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 11th day of May, 2010.

                                                   /s/Susan Webber Wright
                                                UNITED STATES DISTRICT JUDGE